91 A.3d 100

**Raymond J. SMOLSKY, Appellant**

v.

**DEPARTMENT OF PROBATION AND PAROLE, Appellee.**

Supreme Court of Pennsylvania.

April 28, 2014.

Raymond J. Smolsky, pro se.

John Jason Talaber, PA Board of Probation & Parole, Harrisburg, for Pennsylvania Board of Probation and Parole.

## ORDER

PER CURIAM.

**AND NOW,** this 28th day of April, 2014, the Order of the Commonwealth Court is **AFFIRMED.**